DAVID BAKER ATTORNEY AT LAW
RUDOLPH, BAKER & ASSOCIATES
419 19TH St. San Diego Ca. 92102

Attorney for: JULIO FARIAS

FILED
APR 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY MB DEPUTY

## UNITED STATES MAGISTRATE COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HON. BARBARA LYNN MAJOR)

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-MJ-01197 |
| Plaintiff, | SUBSTITUTION OF ATTORNEY |
| vs. JULIO FARIAS | |
| Defendant. | |

PLEASE TAKE NOTICE that the above-named defendant hereby substitutes of DAVID BAKER as attorney of record in the above-captioned matter in lieu of IRA LEE PLUMBER.

Dated: 4/21/08

_____
JULIO FARIAS

AGREED TO:

Dated: 4/21/08

_____
DAVID BAKER

Dated: 4/29/08

_____
LEE PLUMBER

Page 1