AO 455 (Rev. 5/85)  Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN  DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
|---|---|
| v. | |
| JULIO CESAR FARIAS | CASE NUMBER: _08CR1342-WQH_ |

I, JULIO CESAR FARIAS, the above-named defendant, who is accused of committing the following

offense:

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8,
United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court

on _4/29/08_____ prosecution by indictment and consent that the proceeding may be by information rather

than by indictment.

_____
Defendant

_____
Defense Counsel

Before_____
Judicial Officer

FILED

APR 29 2008

MB