DAVID BAKER
Attorney at Law
419 19TH STREET
San Diego, California 92102
Telephone: (619) 743-0121
Fax: (619) 238-0144

Attorney for: FARIAS

DISTRICT COURT OF THE UNITED STATES

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-CR-01342 |
| Plaintiff, | |
| vs. | ACKNOWLEDGEMENT OF SURETY |
| JULIO FARIAS, | |
| Defendant. | |

I ALMA FARIAS hereby acknowledge and agree that Julio Farias is requesting permission to surrender to start his sentence on the above-entitled case on 10/3/08. I was in court and acknowledge that Julio was sentenced to one year in Federal custody on August 18, 2008. I agree to remain on the bond until October 3, 2008 when Julio will start his one-year sentence.

Dated: 8/18/08

*Alma Rosa Farias* (signature)

Alma Farias

Page 1